**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00189-CV

———————————

**RAMESH KAPUR, Appellant**

**V.**

**HARRIS COUNTY, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-44018**

---

## MEMORANDUM OPINION

Appellant, Ramesh Kapur, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did

not respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Lloyd, Landau, and Countiss.